# PD-0575-15

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

May 12, 2015

ABEL ACOSTA, CLERK

**JEFFERY TYRONE WHITFIELD, APPLICANT**

**VS.**

**THE STATE OF TEXAS**

RECEIVED IN
COURT OF CRIMINAL APPEALS

May 12, 2015

ABEL ACOSTA, CLERK

**FROM THE SEVENTH COURT OF APPEALS**

**AMARILLO, TEXAS**

**NO. 07-14-00086-CR**

**APPEALED FROM COUNTY CRIMINAL COURT ONE**

**DENTON COUNTY, TEXAS**

**(TRIAL NUMBER 2013-04378-A)**

## MOTION TO PERMIT LATE FILING OF APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

This motion is brought by **JEFFERY TYRONE WHITFIELD**, Appellant, and requests that this Court grant this late filing of Appellant's Petition for Discretionary Review ("PDR") and in support of which would show the following:

### I.

Appellant's PDR was due on May 11. 2015. The PDR is complete and has been filed on this date, May 12, 2015, with the Court of Criminal Appeals.

### II.

The due date was erroneously scheduled on the undersigned's calendar as due May 12, 2015, when in fact it was due May 11, 2015.

WHEREFORE, PREMISES CONSIDERED, Appellant, **JEFFERY TYRONE WHITFIELD**, prays this Court will grant permission to file said PDR.

Respectfully submitted,

/s/ Abe Factor
Abe Factor
State Bar No. 06768500
Attorney for Appellant

FACTOR , CAMPBELL & COLLINS
5719 Airport Freeway
Fort Worth, TX 76117
(817) 222-3333
(817) 222-3330 (fax)
lawfactor@yahoo.com

**CERTIFICATE OF SERVICE**

I, ABE FACTOR, do hereby certify that a true and correct copy of the foregoing MOTION TO PERMIT LATE FILING OF APPELLANT'S PETITION FOR DISCRETIONARY REVIEW has been e-filed to the Denton County District Attorney's office, Appellate Section, and the State Prosecutor11 on this the 12th day of May, 2015.

/s/ Abe Factor
Abe Factor